# United States District Court

WESTERN DISTRICT OF WASHINGTON

LEON D. CURRIE,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

     v.

ALICE PAYNE,                          CASE NUMBER: C06-5429RBL/KLS

        Defendants,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

The Petition (Dkt. #6) is TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.

The clerk is directed to ADMINISTRATIVELY CLOSE THIS FILE.

    April 24, 2007                                   BRUCE RIFKIN
                                                                  Clerk

                                                          /s/ Pat LeFrois
                                                            Deputy Clerk